## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRIS WASHINGTON-EL, | ) | |
| | ) | Civil Action No. 08 – 1688 |
| Plaintiff, | ) | |
| | ) | District Judge Joy Flowers Conti |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| JEFFREY BEARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case is before the Court on the Report and Recommendation filed by Chief Magistrate Judge Lenihan on February 26, 2013 (ECF No. 148) recommending that Defendants' Motion for Summary Judgment (ECF No. 115) be granted. The parties were served with the Report and Recommendation and informed that they had until March 15, 2013, to file written objections. Plaintiff was subsequently granted an extension of time to file objections and his objections were due on March 25, 2013. Plaintiff was also granted an extension of time to file objections to Magistrate Judge Lenihan's Order denying Plaintiff's Motion to Strike. (ECF No. 147.) His objections were also due on March 25, 2013. As of the date of this Order, however, no objections have been filed. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered.

**AND NOW**, this 28th day of March, 2013,

**IT IS HEREBY ORDERED** that Defendants' Motion to for Summary Judgment (ECF No. 115) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan dated February 26, 2013 (ECF No. 148) is **ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court enter judgment in favor of the Defendants and mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

/s/ Joy Flowers Conti_____
Joy Flowers Conti
United States District Judge

cc:  Chris Washington-El
     CW-2075
     1100 Pike Street
     Huntington, PA  16654

     Counsel of Record